# IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

THE ESTATE OF ISABELLA "BELLA" HERNDON, JOHN HERNDON, J.H., a minor, AND T.H., a minor,

*Plaintiff-Appellants*,

v.

NETFLIX, INC.,

*Defendant-Appellee*.

Civil Appeal No. 25-7760

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' OPENING BRIEF & EXCERPTS OF RECORD

Pursuant to Federal Rules of Appellate Procedure 2, 26, and 27, and to Ninth Circuit Rule 31-2.2, Plaintiff-Appellants the Estate of Isabella "Bella" Herndon, John Herndon, J.H., a minor, and T.H., a minor, hereby respectfully request and move for a 32-day extension of time to file their Opening Appellate Brief and Excerpts of Record, up to and including, **Wednesday, April 22, 2026**, for the reasons that follow.

***First***, this Motion is *unopposed*. Appellants appreciate the professional courtesy of Appellee and will readily reciprocate should Appellee want more time to complete their brief.

1

***Second***, this appeal is complicated and complex for a number of reasons and the undersigned counsel has been dealing with a number of personal and professional matters that, together, necessitate more time to prosecute this appeal.

Date: March 23, 2026

Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew.B.Grimm@Gmail.com

*Attorney for The Estate of Isabella "Bella" Herndon, John Herndon, M.H., T.H.*

## 9TH CIR. RULE 31-2.2(b) DECLARATION OF COUNSEL

I, Andrew Grimm, a counsel for Plaintiff-Appellants the Estate of Isabella "Bella" Herndon, John Herndon, J.H., a minor, and T.H., a minor, hereby declare and attest to the following:

(1)     *Current Deadline*:  March 23, 2026.

(2)     *Original Deadline*: January 20, 2026.

(3)     *Length of Extension*:  30 days.

(4)     *Reasons for Extension*:  Stated above and re-incorporated herein.

(5)     *Representation of Diligence*: I believe that my co-counsel and I have exercised reasonable diligence.

(6)     *Position of Other Parties*: Unopposed.

(7)     *Transcript Status*: The court reporter is not in default with respect to any transcripts.

(8)     *Reciprocity and Counsel*: Neither the undersigned nor any counsel at the Digital Justice Foundation has ever opposed an extension request by an opposing counsel in any form.  We generally maintain a policy and practice of offering additional time—beyond the time requested—to opposing counsel as a matter of professionalism, courtesy, and in the interest of matters being decided on the merits. I would gladly assent on behalf of my clients to reciprocal extensions for Defendant-Appellee and Ms. Young and her team.

I hereby declare that the above statements that I made in this Declaration are true to the best of my knowledge and belief, and that I understand that these statements are made for use in a court proceeding and are subject to penalty for perjury.

Date: March 23, 2026 Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm

## CERTIFICATE OF COMPLIANCE

This filing contains **510** words.

This filing was prepared in Microsoft Word using Times New Roman 14-point font.

Date: March 23, 2026 Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm

## CERTIFICATE OF SERVICE

The filing was filed, and so served, via this Court's electronic filing system.

Date: March 23, 2026 Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm