# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| THE ESTATE OF ISABELLA "BELLA" HERNDON, JOHN HERNDON, J.H., a minor, AND T.H., a minor,<br><br>*Plaintiff-Appellants*,<br><br>v.<br><br>NETFLIX, INC.,<br><br>*Defendant-Appellee*. | Civil Appeal No. 25-7760 |

## <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' OPENING BRIEF & EXCERPTS OF RECORD

Pursuant to Federal Rules of Appellate Procedure 2, 26, and 27, and to Ninth Circuit Rule 31-2.2, Plaintiff-Appellants the Estate of Isabella "Bella" Herndon, John Herndon, J.H., a minor, and T.H., a minor, hereby respectfully request and move for a 61-day extension of time to file their Opening Appellate Brief and Excerpts of Record, up to and including, **<u>Monday, June 22, 2026</u>**, for the reasons that follow.

***First***, this Motion is *<u>unopposed</u>*.  Appellants appreciate the professional courtesy of Appellee and will readily reciprocate should Appellee want more time to complete their brief.

***Second***, this appeal is extraordinarily complicated and complex given the nature of its legal and factual issues.

1

**_Third_**, in addition to these reasons, an immediate family member of the appellate counsel's family is dealing with cancer of a major organ, major pulmonary / lung issues separately from the cancer, and serious eye issues. These issues are having a major effect on appellate counsel.

**_Fourth_**, at present, there is no other appellate counsel on this highly complex matter. The other lead counsel in this court in the prior appeal has departed from the regular practice of law in order to attend to his wife's difficult pregnancy, his first-born child, and his own health issues. Accordingly, and given the third rationale describe above, the remaining appellate counsel is going to seek additional assistance with this appeal.

Date: April 22, 2026                           Respectfully submitted,

                                              /s/ Andrew Grimm
                                              Andrew Grimm
                                              DIGITAL JUSTICE FOUNDATION
                                              15287 Pepperwood Drive
                                              Omaha, Nebraska 68154
                                              (531) 210-2381
                                              Andrew.B.Grimm@Gmail.com

                                              *Attorney for The Estate of Isabella "Bella" Herndon, John Herndon, M.H., T.H.*

2

## 9TH CIR. RULE 31-2.2(b) DECLARATION OF COUNSEL

I, Andrew Grimm, a counsel for Plaintiff-Appellants the Estate of Isabella "Bella" Herndon, John Herndon, J.H., a minor, and T.H., a minor, hereby declare and attest to the following:

(1)   *Current Deadline*:  April 22, 2026.

(2)   *Original Deadline*: January 20, 2026.

(3)   *Length of Extension*:  61 days.

(4)   *Reasons for Extension*:  Stated above and re-incorporated herein.

(5)   *Representation of Diligence*: I believe that my co-counsel and I have exercised reasonable diligence.

(6)   *Position of Other Parties*: Unopposed.

(7)   *Transcript Status*: The court reporter is not in default with respect to any transcripts.

(8)   *Reciprocity and Counsel*: Neither the undersigned nor any counsel at the Digital Justice Foundation has ever opposed an extension request by an opposing counsel in any form.  We generally maintain a policy and practice of offering additional time—beyond the time requested—to opposing counsel as a matter of professionalism, courtesy, and in the interest of matters being decided on the merits. I would gladly assent on behalf of my clients to reciprocal extensions for Defendant-Appellee and Ms. Young and her team.

3

I hereby declare that the above statements that I made in this Declaration are true to the best of my knowledge and belief, and that I understand that these statements are made for use in a court proceeding and are subject to penalty for perjury.

Date: April 22, 2026                    Respectfully submitted,

                                        */s/ Andrew Grimm*
                                        Andrew Grimm

## CERTIFICATE OF COMPLIANCE

This filing contains **608** words.

This filing was prepared in Microsoft Word using Times New Roman 14-point font.

Date: April 22, 2026                    Respectfully submitted,

                                        */s/ Andrew Grimm*
                                        Andrew Grimm

## CERTIFICATE OF SERVICE

The filing was filed, and so served, via this Court's electronic filing system.

Date: April 22, 2026                    Respectfully submitted,

                                        */s/ Andrew Grimm*
                                        Andrew Grimm

4